**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 06-7126**

―――――――――

GEORGE G. RIDER,

                              Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA; ALBERTO GONZALES,
U.S. Attorney General; TERRY O'BRIEN, Warden
of USP Lee,

                              Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-00354-GEC)

―――――――――

Submitted: November 21, 2006        Decided:  November 30, 2006

―――――――――

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

George G. Rider, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George G. Rider, a federal prisoner, filed a petition under 28 U.S.C. § 2241 (2000), challenging the supervised release portion of his sentence under United States v. Booker, 543 U.S. 220 (2005). The district court denied the petition for lack of jurisdiction under § 2241. Rider argues on appeal that 28 U.S.C. § 2255 (2000) is inadequate and ineffective to test the legality of his detention, contending that his Booker claim should be considered in the context of his § 2241 petition. Because Rider does not meet the standard under In re Jones, 226 F.3d 328, 333-34 (4th Cir. 2000), we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -